# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>1265 W EXPOSITION LLC, a California corporation and DOES 1-10,<br><br>    Defendants. | Case No.: CV 21-897-GW-AFMx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 30, 2020<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendant 1265 W Exposition LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 29, 2021

_____
Hon. George H. Wu
United States District Judge